UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MINNESOTA LIFE INSURANCE CO.,        )
                                     )
                Plaintiff,           )
                                     )
        v.                           )        CIVIL NO.  2:13cv212
                                     )
HOWARD C. KINGKADE, *et al.*         )
                                     )
                Defendants.          )

OPINION AND ORDER

On January 27, 2014, this court entered an order directing the plaintiff, Minnesota Life

Insurance Co. ("Minnesota Life") to file an accounting of fees and costs.  On January 31, 2014,

Minnesota Life filed its "Statement of Fees and Costs".  The defendant, Howard Kingkade

("Kingkade") filed a response on February 13, 2014, objecting to the award of any fees and costs

to Minnesota Life.

On February 25, 2014, this court entered an order awarding Minnesota Life its request for

fees and costs and directing the remaining balance of the funds with the Clerk of Court. On

February 28, 2014, Minnesota Life deposited the balance of the funds with the Clerk of Court.

Therefore, as Minnesota Life is no longer an interested party in this action, the court will grant

their requested dismissal [DE 14].

Conclusion

On the basis of the foregoing, Minnesota Life's motion to dismiss [DE 14] is hereby

GRANTED.

Entered: March 5, 2014.

s/ William C.  Lee
William C. Lee, Judge
United States District Court